UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| RORY THOMAS LEE | ) | PLAINTIFF |
| | ) | |
| V. | ) | Case No.  3:10CV392-CWR-LRA |
| | ) | |
| THE NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), ILLINOIS CENTRAL RAILROAD COMPANY | ) ) ) ) | DEFENDANTS |

## Verdict Form

__X__ "We, the Jury, find for the defendants, National Railroad Passenger Corporation ("Amtrak") and Illinois Central Railroad Company ."

_____ "We, the Jury, find for the Plaintiff, Rory Thomas Lee, against Illinois Central Railroad Company but not against National Railroad Passenger Corporation ("Amtrak")."

_____ "We, the Jury, find for the Plaintiff, Rory Thomas Lee, against National Railroad Passenger Corporation ("Amtrak") but not against Illinois Central Railroad Company."

_____ "We, the Jury, find for the Plaintiff, Rory Thomas Lee, against both Defendant Illinois Central Railroad Company and Defendant National Railroad Passenger Corporation (Amtrak)."

_____        JANUARY 24, 2012
FOREPERSON                    DATE