# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 12-60403

RORY THOMAS LEE,

    Plaintiff - Appellant

v.

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); ILLINOIS CENTRAL RAILROAD COMPANY,

    Defendants - Appellees



Appeal from the United States District Court for the
Southern District of Mississippi, Jackson

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeal is dismissed as of July 20, 2012, pursuant to the joint motion of the parties.

                      LYLE W. CAYCE
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                      *Sabrina B. Short*
                      By: _____
                      Sabrina B. Short, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By *Sabrina B. Short*
    Deputy
New Orleans, Louisiana    JUL 2 0 2012